UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNIE AHN, and others,<br><br>        Plaintiffs,<br><br>    v.<br><br>SANTA CLARA COUNTY,<br><br>        Defendant. | Case No. 5:25-cv-06980 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:22-cv-01019 BLF, *UnifySCC, et al. v. Sara H. Cody, et al.*

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-06980 NC
SUA SPONTE JUDICIAL REFERRAL